**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6440

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRY MCALLISTER,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Richard C. Erwin, Senior District Judge.  (CR-89-111)

Submitted:  September 30, 1997         Decided:  October 28, 1997

Before MURNAGHAN and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Terry McAllister, Appellant Pro Se.  Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time period for filing notices of appeal from judgments of conviction are governed by Fed. R. App. P. 4(b). These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 363 U.S. 220, 229 (1960)). A defendant must file a notice of appeal within ten days after the entry of the judgment. Fed. R. App. P. 4(b).

The district court entered its order on November 7, 1990; Appellant's notice of appeal was filed on March 17, 1997. Appellant's failure to file a timely notice of appeal or to obtain an extension or a reopening of the appeal period leaves this court without jurisdiction to consider the merits of the Appellant's appeal. We therefore dismiss the appeal.

Insofar as Appellant petitions this court for a writ of coram nobis, the petition is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2